1
2
3
4
5
6
7                          UNITED STATES DISTRICT COURT
8                         CENTRAL DISTRICT OF CALIFORNIA
9
10    BRYAN DONOVAN McKINNEY,          )        No.  CV 09-8008-AG (AGR)
11                    Petitioner,       )
                                        )        JUDGMENT
12       v.                             )
                                        )
13    JAMES HARTLEY,                    )
                                        )
14                    Respondent.       )
15    ─────────────────────────────────)

16          Pursuant to the Order Accepting Findings and Recommendation of United

17    States Magistrate Judge,

18          IT IS ADJUDGED that the Petition in this matter is denied and dismissed with

19    prejudice.

20

21    DATED: March 31, 2012        _____
22                                        ANDREW J. GUILFORD
                                    UNITED STATES DISTRICT JUDGE
23
24
25
26
27
28